UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| KELVIN MCGILL & PAMELA HORNE, ) ) Plaintiffs, ) ) v. ) ) HAMMOND POLICE DEPARTMENT ) & CITY OF HAMMOND, INDIANA, ) ) Defendants. ) | CAUSE NO.: 2:24-CV-281 |

**OPINION AND ORDER**

This matter is before the court *sua sponte*. The parties have 7 days to object to a dismissal of the Hammond Police Department based on ***Sow v. Fortville Police Department***, 636 F.3d 293, 300 (7th Cir. 2011). The United States Supreme Court has instructed that local government liability under § 1983 "is dependent on an analysis of state law." ***McMillian v. Monroe County***, 520 U.S. 781, 786, 117 S. Ct. 1734, 138 L.Ed.2d 1 (1997). Under Indiana law, a "[m]unicipal corporation" is a "unit, ... or other separate local governmental entity that may sue and be sued." Ind. Code § 36–1–2–10. A "'[u]nit' means county, municipality, or township," Ind. Code § 36–1–2–23, and a "[m]unicipality" is a "city or town," Ind. Code § 36–1–2–11. Thus, the Indiana statutory scheme does not grant municipal police departments the capacity to sue or be sued. *See* ***Martin v. Fort Wayne Police Dep't.***, 2010 WL 4876728, at *3 (N.D. Ind. 2010).

ENTERED this 28th day of October, 2024.

/s/ Andrew P. Rodovich
United States Magistrate Judge