UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| KELVIN MCGILL, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HAMMOND POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 2:24-CV-281-GSL-APR |

## ORDER

This matter is before the Court on Magistrate Judge Andrew P. Rodovich's *sua sponte* report and recommendation entered on November 21, 2024. [DE 31]. For the reasons fully explained in the report, Judge Rodovich recommends that the Court dismiss Defendant Hammond Police Department from the case.

Over fourteen days have passed without any objections being filed, so the Court reviews the report and recommendation for clear error. *See* Fed. R. Civ. P. 72(b)(2); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." (citations omitted)). The Court has reviewed the report and recommendation and finds no clear error.

Accordingly, the Court **ADOPTS** Judge Rodovich's report and recommendation in full and orders that Defendant Hammond Police Department is **DISMISSED** from the case.

SO ORDERED.

ENTERED: December 9, 2024

                                                /s/ GRETCHEN S. LUND
                                                Judge
                                                United States District Court